# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s)<br><br>V.<br>AGUSTIN MONTOYA-SANTA MARIA,<br><br>Defendant(s). | CASE NUMBER:<br><br>8:25-mj-00311-DUTY<br>1:25-mj-00110-EPG<br><br>**WARRANT FOR ARREST** |

TO:   UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest AGUSTIN MONTOYA-SANTA MARIA
and bring him/her forthwith to the nearest Magistrate Judge to answer a(n):  ☒ Complaint  ☐ Indictment
☐ Information  ☐ Order of Court  ☐ Violation Petition  ☐ Violation Notice
charging him/her with (ENTER DESCRIPTION OF OFFENSE BELOW)

Illegal Alien Found in the United States Following Deportation or Removal.

in violation of Title ___8___ United States Code, Section(s) ___1326(a)___

| | |
|---|---|
| Brian D. Karth<br>**NAME OF ISSUING OFFICER**<br><br>Clerk of Court<br>**TITLE OF ISSUING OFFICER**<br><br>*[signature]*<br>**SIGNATURE OF DEPUTY CLERK** | April 22, 2025; Santa Ana, CA<br>**DATE AND LOCATION OF ISSUANCE**<br><br>By: JOHN D. EARLY<br>**NAME OF JUDICIAL OFFICER** |

**RETURN**

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION):

PLEASANT VALLEY STATE PRISON, CA

09/09/2025
**DATE RECEIVED**

09/26/2025
**DATE OF ARREST**

Duane Alonzo
**NAME OF ARRESTING OFFICER**

DEPORTATION OFFICER
**TITLE**

*[signature]*
**SIGNATURE OF ARRESTING OFFICER**

DESCRIPTIVE INFORMATION FOR DEFENDANT
CONTAINED ON PAGE TWO

AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)   ☐ Original   ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the

Central District of California





United States of America,
v.

AGUSTIN MONTOYA-SANTA MARIA,

Defendant(s)

Case No. 8:25-mj-00311-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of <u>April 18, 2023</u> in the county of Orange in the Central District of California, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Illegal Alien Found in the United States Following Deportation or Removal |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/
_____
Complainant's signature

MANUEL GUTIERREZ, Deportation Officer, DHS
_____
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: April 22, 2024

_____
Judge's signature

City and state: Santa Ana, California

Hon. JOHN D. EARLY, U.S. Magistrate Judge
_____
Printed name and title

AUSA: Brian Yang

**AFFIDAVIT**

I, Manuel Gutierrez, being duly sworn, declare and state as follows:

### I. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of a complaint and arrest warrant against AGUSTIN MONTOYA-SANTA MARIA ("MONTOYA"), charging a violation of Title 8, United States Code, Section 1326(a) (Illegal Alien Found in the United States Following Deportation or Removal).

2. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show that there is sufficient probable cause for the requested complaint and warrant and does not purport to set forth all my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

### II. BACKGROUND OF MANUEL GUTIERREZ

3. I am a Deportation Officer ("DO") with the United States Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE"). I have been a DO with ICE, formerly known as the Immigration and Naturalization Service ("INS"), since July 2018. I am currently assigned to the Los Angeles Enforcement and Removal Operations ("ERO") field office.

### III. STATEMENT OF PROBABLE CAUSE

4.   On or about April 18, 2023, the ICE Pacific Enforcement Response Center ("PERC") received an electronic notification based on biometric fingerprint information that MONTOYA was in the custody of La Habra Police Department ("LHPD").  MONTOYA was released from the custody of the LHPD.

5.   Based on my training and experience, I know that a DHS "A-File" is a file in which immigration records are maintained for aliens admitted to or found in the United States.  I also know that a DHS A-File usually contains photographs, fingerprints, court records of conviction, and records relating to deportation or other actions by INS or DHS with respect to the subject alien for whom the DHS A-File is maintained.

6.   On or April 1, 2025, I obtained and reviewed DHS A-File A216 858 649 (the "DHS A-File"), which is maintained for subject alien MONTOYA.  The DHS A-File contained the following documents and information:

    a.   Multiple Record of Deportable/Inadmissible Alien (Form I-213) forms listing a Federal Bureau of Investigation Identification number (FBI number) assigned to MONTOYA.  I compared the FBI number to the one listed on the electronic notification received from the PERC.  These documents list the same FBI identification number.  I thus believe that this DHS A-File and its contents corresponded to MONTOYA.

    b.   The following documents related to MONTOYA's removal:

i. A Notice and Order of Expedited Removal (Form I-860), showing MONTOYA was ordered removed from the United States to Mexico on March 19, 2020.

ii. An executed Notice To Alien Ordered Removed/Departure Verification (Form I-296) form, showing that MONTOYA was officially removed from the United States on March 19, 2020.

c. A certified conviction record, showing that MONTOYA was convicted of Second-Degree Robbery in violation of California Penal Code Section 211/212.5(c), on or about December 11, 2023, Case Number 23NF2711, in the Orange County Superior Court for the State of California, for which MONTOYA received a sentence of two years of imprisonment.

d. A Record of Sworn Statement in Proceedings under Section 235(b)(1) of the Act (Form I-867A), in which MONTOYA admitted to being born in Mexico and a citizen of Mexico.

7. On or about April 1, 2025, I reviewed the printouts of the Criminal Identification Index ("CII"). Based on my training and experience, I know that the CII database tracks and records arrests and convictions of individuals according to an individual's CII number. The CII printouts confirmed that MONTOYA had been convicted of the crimes reflected on the documents contained in the DHS A-File.

8. On or about April 1, 2025, I reviewed the printouts of DHS computer indices on MONTOYA. Based on my training and experience, I know that the DHS computer indices track and document each time an alien is deported or excluded from the

3

United States by ICE, was deported or excluded by the former INS, or is granted permission to enter or re-enter the United States. The DHS computer indices confirmed that MONTOYA had been removed, deported, and/or excluded on the date indicated on the Notice To Alien Ordered Removed/Departure Verification form, found in the DHS A-File. The DHS computer indices further indicated that MONTOYA had not applied for or obtained from the Attorney General or the Secretary of Homeland Security, permission to re-enter the United States.

9.   Based on my review of the DHS A-File, I determined that it does not contain any record of MONTOYA ever applying for, or receiving from the Attorney General or the Secretary of Homeland Security, permission to re-enter the United States. Based on my training and experience, I know that such documentation is required to re-enter the United States legally after deportation, and that if such documentation existed, it would ordinarily be found in the DHS A-File.

//
//
//
//
//
//
//
//
//
//
//

## IV. CONCLUSION

10. For all the reasons described above, there is probable cause to believe that AGUSTIN MONTOYA-SANTA MARIA has committed a violation of Title 8, United States Code, Sections 1326(a), Illegal Alien Found in the United States Following Deportation or Removal.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 22nd day of April 2025.

_____
HON. JOHN D. EARLY
UNITED STATES MAGISTRATE JUDGE